the 24 percent rate set by Commerce is finalized, JST's future entries will be subject to that deposit rate. This court's remand decision in *Jeumont I* gave JST the opportunity to present arguments to mitigate the 24 percent rate. Once the appellate process is completed or no longer available to the parties, the rate resulting from *Jeumont I* will remain in effect until a review specific to JST's entries occurs.

SACHTLER CORP. OF AMERICA, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 90–12–00639

(Dated July 11, 1994)

## ORDER

GOLDBERG, *Judge:* Upon consideration of defendant's motion to dismiss for failure to prosecute with due diligence and for failure to comply with the court's scheduling order dated January 6, 1994; and upon consideration of all other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that defendant's motion to dismiss is GRANTED; and it is further

ORDERED that, in accordance with U.S.C.I.T. Rule 41, the above captioned consolidated action is hereby DISMISSED. Judgment will be entered accordingly.

SACHTLER CORP. OF AMERICA, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 90–08–00409

(Dated July 11, 1994)

## ORDER

GOLDBERG, *Judge:* Upon consideration of defendant's motion to dismiss for failure to prosecute with due diligence and for failure to comply with the court's scheduling order dated January 6, 1994; and upon consideration of all other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that defendant's motion to dismiss is GRANTED; and it is further

ORDERED that, in accordance with U.S.C.I.T. Rule 41, the above captioned action is hereby DISMISSED. Judgment will be entered accordingly.